| United States Bankruptcy Court<br>Northern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pro-Health LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-2594933** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2100 Luna Road<br>Ste. 140<br>Carrollton, TX**          ZIPCODE **75006** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."          ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pro-Health LLC** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pro-Health LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X  */s/ Vincent Slusher*
Signature of Attorney for Debtor(s)

**Vincent Slusher**
**DLA Piper LLP (US)**
**1717 Main Street, Suite 4600**
**Dallas, TX  75201**
**(214) 743-4500  Fax: (214) 743-4545**

**July  9, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Brandon Larsen*
Signature of Authorized Individual

**Brandon Larsen**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**July  9, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Texas

**IN RE:**                                                    Case No. _____

Pro-Health LLC                                              Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **FDIC Receiver Of New Frontier Bank**<br>**2429 35th Avenue**<br>**Greeley, CO  80634** | | | | **24,759,000.00**<br>**Collateral:**<br>**4,500,000.00**<br>**Unsecured:**<br>**19,756,029.00** |
| **The Farmers State Bank Of Oakley, Kansas**<br>**P.O. Box 160**<br>**100 Center Avenue**<br>**Oakley, KS  67748** | | | | **2,780,461.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**2,780,461.00** |
| **Simplot Grower Solutions**<br>**P.O. Box 391**<br>**Wray, CO  80758** | **(970) 332-3196** | **Trade Debt** | | **1,895,369.79** |
| **CSS Potato Farms, L.L.C.**<br>**706 East Airport Drive**<br>**Watertown, SD  57201** | **(605) 886-2577** | **Trade Debt** | | **900,350.23** |
| **Idaho Package Company**<br>**P.O. Box 51092**<br>**Idaho Falls, ID  83405** | **(208) 529-0891** | **Trade Debt** | | **415,480.28** |
| **Countrywide Potato, LLC**<br>**6541 Jefferson Road**<br>**Alliance, NE  69301** | | **Trade Debt** | | **392,775.60** |
| **Teton Seed Marketing Assoc.**<br>**P.O. Box 155**<br>**Tetonia, ID  83452** | **(208) 456-0904** | **Trade Debt** | | **229,851.90** |
| **Freedom Transportation Services**<br>**P.O. Box 415000**<br>**Nahville, TN  37241-5000** | **(970) 542-9563** | **Trade Debt** | | **227,837.60** |
| **Jorde Certified Seed, LLC**<br>**52 Railroad Way**<br>**P.O. Box 838**<br>**Cando, ND  58324** | **(701) 968-3244** | **Trade Debt** | | **193,244.70** |
| **California Oregon Seed, Inc.**<br>**P.O. Box 82575**<br>**Bakersfield, CA  93380** | | **Trade Debt** | | **170,577.50** |
| **Tri-County Ag**<br>**P.O. Box 315**<br>**Wray, CO  80758** | **(970) 332-4607** | **Trade Debt** | | **141,149.47** |
| **Quality Irrigation & Construction**<br>**3900 West Highway 34**<br>**P.O. Box 420**<br>**Yuma, CO  80759** | **(970) 848-3846** | **Trade Debt** | | **87,174.70** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---:|
| **Good To Go Transportation**<br>**894 E Warner RD**<br>**#281**<br>**Gilbert, AZ  85296** | **(888) 424-6808** | | 74,553.47 |
| **K-Nip, Inc.**<br>**P.O. Box 875**<br>**Monte Vist, CO  81144** | **(719) 852-0353** | **Trade Debt** | 58,799.12 |
| **Pinnacol Assurance**<br>**Department 500**<br>**Denver, CO  80281-0500** | **(303) 361-4000** | **Insrnce**<br>**Fnnce**<br>**CntrctWrkrs**<br>**Cm** | 56,942.00 |
| **Polymer Logistics, Inc.**<br>**1725 Sierra Ridge Drive**<br>**Riverside, CA  92507** | **(951) 567-2906** | | 55,354.00 |
| **Village Farms, L.P.**<br>**P.O. Box 18523**<br>**Newark, NJ  07191** | **(732) 676-3000** | | 45,084.95 |
| **Commodity Services, Inc.**<br>**#6 Krahmer Drive**<br>**Fairmont, MN  56031-3411** | **(407) 903-9711** | | 38,724.13 |
| **CB Luna Industrial No. 3, Ltd.**<br>**C/O Billingsley Company**<br>**4100 International Parkway, Suite 1100**<br>**Carrollton, TX  75007** | **(800) 210-4102** | **Trade Debt** | 37,240.00 |
| **M & M Marketing**<br>**97 Produce Row**<br>**Saint Louis, MO  63102** | **(314) 588-9158** | **Trade Debt** | 35,519.10 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July  9, 2009**          Signature:  ***/s/ Brandon Larsen***

**Brandon Larsen, Manager**

<span style="float:right">(Print Name and Title)</span>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Texas

**IN RE:**                                              Case No. _____

**Pro-Health LLC** _____   Chapter **11** _____

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

**July  9, 2009** _____   **/s/ Vincent Slusher** _____
Date                                                                          Signature of Attorney (if applicable)

**/s/ Brandon Larsen** _____   **20-2594933** _____
Signature of Debtor                                                     Debtor's Social Security/Tax ID No.

_____   _____
Signature of Joint Debtor (if applicable)                       Joint Debtor's Social Security/Tax ID No.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Atmos Energy
P.O. Box 319785
Dallas, TX  75261


21st Century Equipment
101 Road E 80
Ogalla, NE  69154


A Tech, Inc.
Taylor Irrigation
100 South County Rd 3 East
Monte Vista, CO  81144


A.T's Electric Company
1555 Valwood Pkwy. Ste. 100
Carrollton, TX  75006


Adams Bank & Trust
P.O. Box 279
Imperial, NE  69033-0279


Adams Bank & Trust Imperial
545 Broadway
P.O. Box 279
Imperial, NE  69033-0279


Adler, Daniel I.
537 S. Wynona
Holyoke, CO  80734


Advanced Industrial Supply
3235 Pole Line Road
P.O. Box 2086
Pocatello, ID  83206

Ag Direct
5015 S 118th St.
Omaha, NE  68137


Agrasizer, Inc.
860 9th Street
Idaho Falls, ID  83404


Agri Control Technologies, Inc.
P.O. Box 7160
Fargo, ND  58106


Agri-Inject, Inc.
5500 East Highway 34
P.O. Box 437
Yuma, CO  80758


Agri-Stor Company
391 W Hwy 26
Blackfoot, ID  83221


Agritech Corporation
630 S. Yellowstone Hwy
Rexburg, ID  83440


Aguado-Lazaro, Jose Guadalupe
224 Elm Street
Wray, CO  80758


Airgas - Southwest
P.O. Box  676031
Dallas, TX  75267


Allen Lund Company, LLC
P.O. Box 51083
Los Angeles, CA  90051-5383

```
Alliance Irrigation
1100 E. 10th
P.O. Box 1504
Dalhart, TX  79022


Alliance Irrigation Texline
201 N 2nd
P.O. Box 28
Texline, TX  79087


Am Trust North America
P.O. Box 318004
Cleveland, OH  44131-8004


American Electri Company
401 West B Street
McCook, NE  69001


Antelope Energy Company
112 W. 2nd Street
P.O. Box 577
Kimball, NE  69145


Apodaca, Rogelio
175  CR 154
Carpenter, WY  82054


Arce, Magaliell M
725 W. 8th Street
Wray, CO  80758


Arellano, Fernando
525 W. 5th Street
Wray, CO  80758
```

Arellano, Santiago
508 Blake Street Apt 4
Wray, CO  80758


Arellano-Medrano, Ruben
508 Blake Street Apt 4
Wray, CO  80758


ARK Farms Partnership
1011 KIng Street
Wray, CO  80758


ARK Farms Partnership
1011 King Street
Wray, CO  80758


Arlington Minor Emergency
912 E. Park Row Drive
Arlington, TX  76010


Arvizo-Trejo, Jorge
1033 Franklin St.
Wray, CO  80758


ARW Enterprises, Inc.
18669 Saddleshop Lane
Springdale, AR  72764


ASI Leasing
P.O. Box 790448
St. Louis, MO  63179-0448


Associated Grocers
P.O. Box 2932
Suite 200
Kansas City, KS  66110-2932

AT&T - Internet
PO Box 277019
Atlanta, GA  30384-7019


AT&T - Mobility
PO Box 6463
Carol Stream, IL  60197


AT&T - Telephone
PO Box 650487
Dallas, TX  75265


Avelar, Narciso
725 W 8th Street
Wray, CO  80758


Ayala, Jose
71882 Harford Rd.
Haigler, NE  69030


Azuara, Elizabeth
1531 Hickory St.  Apt. #202
Dallas, TX  75215


B & B Electric Motor Service, Inc
P. O. Box 451
Wray, CO  80758


Balderas, Artemio
525 W. 5th Street
Wray, CO  80758


Bank Of America
P.O. Box 37291
Baltimore, MD  21297

Barnes Group, Inc
Dept CHI 4079
Palatine, IL  60055


Barragan, Leonor
610 W. 2nd Ave #17
Yuma, CO  80759


Barrientos, Joel
501 McKinney Trail
Rockwall, TX  75087


Barrientos, Ricardo
71882 Harford Rd.
Haigler, NE  69030


Barrientos-Romero, Ambrosio
71882 Hartford Road
Haigler, NE  69030


Beard St. Clair Gaffney McNam
2105 Coronado Street
Idaho Falls, ID  83404


Bello, Anthony
10051 Promontory Drive
Frisco, TX  75035


Billingsley Property Services, Inc.
4100 International Parkway Suite 1100
Carrollton, TX  75007


Blackwolf Brokerage, Inc.
43331 County Road 16
Holeyoke, CO  80734

Blake Peterson
29375 Hwy 385
Wray, CO  80758


Bliven, Benjamin T
1705 Pebble Run
Allen, TX  75002


Bliven, Miranda
1705 Pebble Run
Allen, TX  75002


Blue Collar
18302 Hwy 392
Greeley, CO  80631


Blue Cross Blue Shield Of Texas
P.O. 66049
Dallas, TX  75266


Bouska, Donald
510 Bent Street
Max, NE  69037


Brenntag Southwest
610 Fisher Rd
Longview, TX  75601


Brody Chemical
6125 W Double Eagle Circle
Salt Lake City, UT  84118


Bronco Packaging Corporation
1100 Chase Road
Suite 200
Mesquite, TX  75149

Brown Transfer Co.
P.O. Box 158
Kearney, NE  68848


Buckboard Produce LLC
608 9th Street
Greeley, CO  80631


Burnleys Trucking
P.O. 470385
Aurora, CO  80047


Buster, Donna
10404 Cochron Dr.
McKinney, TX  75070


Buster, Mitchel L
10404 Cochron Dr.
McKinney, TX  75070


BWTelecom
P.O. Box 8
102 W. Beverly St.
Danbury, NE  69026


C & C Pallet Remanufacturing, I
P.O. Box 1254
Commerce, CO  80022


C & J Irrigation
1001 Liberal Street
Dalhart, TX  79022


C.H. Robinson - CPDS
P.O. Box 9121
Minneapolis, MN  55480

C.H. Robinson Company, Inc.
14701 Charlson Road
Eden Prarie, MN  55347


C2MTech
1702 S. Hwy 121, Suite 410
Lewisville, TX  75067


California Oregon Seed, Inc.
P.O. Box 82575
Bakersfield, CA  93380


Calles, Escolastico E.
2608 Atlanta
Dallas, TX  75215


Campos, Juan
533 Hale Street
Wray, CO  80758


Campos-Olea, Carlos
725 W. 8th Street
Wray, CO  80758


Carson Engine & Supply
11701 County Road 28
Dalhart, TX  79022


Castillo, Alejandra
3626 Dixon Ave. Apt. #263
Dallas, TX  75210


Castillo, Patricia
511 South Albany
Yuma, CO  80759

Castillo-Arvizo, Lorena
107 N First #8
Yuma, CO  80759


Castro, Gilberto
523 Emerson Street
Wray, CO  80758


Caterpillar Financial Services
P.O. Box 730669
Dallas, TX  75373


Caterpillar Financial Services Corp.
2120 West End Avenue
P.O. Box 340001
Nashville, TN  37203-0001


Caterpillar Financial Services Corp.
P.O. Box 730669
Dallas, TX  75373


CB Luna Industrial No. 3, Ltd.
C/O Billingsley Company
4100 International Parkway, Suite 1100
Carrollton, TX  75007


Century Tel
P.O. Box 6001
Marion, LA  71260


Chase Card Services
P.O. Box 94014
Palatine, IL  60094

Chemsearch
23261 Network Place
Chicago, IL  60673


CHEP USA
8517 South Park Circle
Suite 400
Orland, FL  32819


CHEP USA
15226 Collections Drive
Chicago, IL  60693


Citibusiness Card
P.O. Box 6415
The Lakes, NV  88901


City Of Carrollton
Attention:  Revenue Collections
P.O. Box 115125
Carrollton, TX  75011


City Of Wray
PO Box 35
Wray, CO  80758


Colorado Casualty
P.O. Box 9486
Carol Stream, IL  60197


Colorado Department Of Health
4300 Cherry Peak Drive South
Denver, CO  80247

Colorado Retail Ventures SVCS
P.O. Box 867
Sterling, CO  80751


Commodity Services, Inc.
#6 Krahmer Drive
Fairmont, MN  56031-3411


Consumer Effects, Inc.
6620 Sierra College Blvd.
Rocklin, CA  95677


Cornerstone  Production Company, Inc.
P.O. Box 413
Wray, CO  80758


Cornerstone Production Company, Inc.
P.O. Box 413
Wray, CO  80758


Countrywide Potato, LLC
6541 Jefferson Road
Alliance, NE  69301


CSS Company
706 East Airport Drive
Watertown, SD  57201


CSS Potato Farms, L.L.C.
2325 U.S. Hwy. 54
Dalhart, TX  79022


CSS Potato Farms, L.L.C.
706 East Airport Drive
Watertown, SD  57201

```
Curly Olney's, Inc
P.O. Box 1271
Imperial, NE  69033


Dan's Sanitation, Inc.
P.O. Box 716-
Lexington, NE  68850


Dankee Transport
P.O. Box 1591
Jupiter, FL  33468


Darr Equipment Co.
P.O. Box 975053
Dallas, TX  75397


Dawson County Public Power D
P.O. Box 777
Lexington, NE  68850


De Jesus Santizo, Erineo
P.O. Box 14
Wray, CO  80758


De Lage Landen Financial Services
111 Old Eagle School Rd.
Wayne, PA  19087


De Lage Landen Financial Services, Inc.
DLL Financial Services, Attn.:  Sue Bell
6645 NE 78 Ct, Ste C-1
Portland, OR  97218


Delta Produce
2001 South Laredo Street
San  Antonio, TX  78207
```

```
Deyle, Chad
35445 Co. Rd. FF
Wray, CO  80758


Diaz, Maria
35327 CR FF
Wray, CO  80758


Diaz-Granados, Jamie
35229 CR FF
Wray, CO  80758


Dick Winngs DBA Agco
P.O. Box 667
Dalhart, TX  79022


Discovery Garden's
C/O California Oregon Seed Co.
P.O. Box 82575
Bakersfield, CA  79022


Diversified Financial Services
P.O. Box 95662
Chicago, IL  60694


DOT Transportation
RT 99 South
P.O. Box 706
Mt. Sterling, IL  62353


Double G
4012 Co. Rd. 3550
Slaton, TX  79364
```

Duncan Disposal
1212 Harrison Avenue
Arlington, TX  76011


Earnshaw, David
10312 Preston Vineyard Drive
Frisco, TX  75035


Eastern Colorado K-Lawn
426 7th Street
Wray, CO  80758


Eduardo Maldonado, Tony
1053 Dexter
Wray, CO  80758


Ellington Associates
12635 SE State Route E
Agency, MO  64401


Escalante, Diana
206 N. Buffalo
Yuma, CO  80759


Escandon, Francisco D.
107 N. Field St. #2
Yuma, CO  80759


Estrada-Hernandez, Elizabeth
525 West 5th Street
Wray, CO  80758


Exeter Engineering Co.
P.O. Box 457
Exeter, CA  93221

Fagan Express, LLC
1324 Federal
P.O. Box 1599
Hays, KS  67601


FAK, Inc.
P.O. Box 5187
Denver, CO  80217-5187


Famous Software, LLC
8080 M. Palm Ave, Suite 210
Fresno, CA  93709


Farm Credit Services Of America
P.O. Box 490
Imperial, NE  69033


Fastenal Industrial & Construction
P.O. Box 978
Winona, MN  55987


Favela, Armida
71882 Harford Rd.
Haigler, NE  69030


FDIC Receiver Of New Frontier Bank
2429 35th Avenue
Greeley, CO  80634


Fed Ex
P.O. Box 94515
Palatine, IL  60094


Flat River Agri, Inc.
715 Industrial Park
Brush, CO  80723

Flores, Luci
725 West 8th Street
Wray, CO  80758


Freedom Transportation Services
P.O. Box 415000
Nahville, TN  37241-5000


Frias, Daniel
71882 Harford Rd.
Haigler, NE  69030


Galeana Campos, Cinecio
818 ILff Street
Wray, CO  80758


Gallardo-Ibarra, Ruben
923 N Platinum
Deeming, NM  88030


Gallenberg, Charles
708 Villawood Lane
Coppell, TX  75019


Garcia, Miguel
King Avenue #123 P.O. Box 95
Haigler, NE  69030


Garcia-Mireles, Francisco A
71882 Hartford Road
Haigler, NE  69030


General Distribution & Logistics
6333 East Mockingbird Lane Suite 147
Box 814
Dallas, TX  75214

Geovany Baqueado, Melvin
104 North Gum Street
Yuma, CO  80759


GMAC
PO Box 674
Minneapolis, MN  55440-0674


GMAC
PO Box 33115
Knoxville, TN  37930


Gold Ribbon Potato Company
P.O. Box 176
Arvin, CA  93203-0178


Gomez Gomez, Antonio
540 Adams Street
Wray, CO  80758


Gomez, Carlos
422 East 3rd
Wray, CO  80758


Good To Go Transportation
894 E Warner RD
#281
Gilbert, AZ  85296


Grovac Systems
P.O. Box 490
Bentonville, AR  72712


Gutierrez Anaya, Rogelio
900 E. Fury
Holyoke, CO  80759

```
H&H Farms
John Hartwell
144 Higgins
Texline, TX  79082


Harchelroad Motors, Inc.
316 Broadway Street
Imperial, NE  69033


Harry H. Price & Sons, Inc.
1608 S. Harwood St.
Dallas, TX  75215


Heiser Tire Service
920 N. Highway 87
Dalhart, TX  79022


Holst Truck & Auto Wrecking, Inc.
P.O. Box 126
Ucon, ID  83454


Hussmann Chicago
2423 Collection Center Dr
Chicago, IL  60693


Idaho Package Company
P.O. Box 51092
Idaho Falls, ID  83405


IFCO Reusable Container Comp
RPC Management Services
4343 Anchor Plaza Parkway
Tampa, FL  33634
```

```
IFCO RPC Management Services
P.O. Box 849729
Dallas, TX  75284


IFCo Systems, NA
P.O. Box 849729
Dallas, TX  75284


Inland Truck Parts Company
704 East 8th Street
North Platt, NE  69101


Integrated Engineers, Inc.
40308 Greenwood Way
Oakhurst, CA  93644


Interzone Energy Inc.
210 Hudson Street
Denver, CO  80220


Isaac Wasden
5884 West 1000 South
Rexburg, ID  83440


Itrade Network, Inc.
Department CH 17307
Palatine, IL  60055-7307


J Will Transport
5173 Malaya Street
Denver, CO  80249


James R. Galvin Jr.
P.O. Box 4
Lucerne, CO  80646
```

Janpak DFW
P.O. Box 155339
Fort Worth, TX  76155


Jeff Kelly
31431 Co Rd 36
Wray, CO  80758


Jeff Kelly
Kelly Farms
31431 Co Rd 36
Wray, CO  80758


Jim & Lisa Reinick
31712 Haigler Rd
Haigler, NE  69030


Jim & Lisa Reinick
31712 Haigler RD
Haigler, NE  69030


John Waswa
415 Nagle Street #1
College Station, TX  77840


Jorde Certified Seed, LLC
52 Railroad Way
P.O. Box 838
Cando, ND  58324


Juarez, Alicia
2608 Atlanta St.
Dallas, TX  75215

Jupiter Cobra Administrators
P.O. Box 328
Sandy, UT  84091


K-Nip, Inc.
P.O. Box 875
Monte Vist, CO  81144


Kaeser Compressors
P.O. Box 946
Fredericks, VA  22404


Karrat Brokerage Co., LLC
P.O. Box 4174
Albany, NY  12204


Kelly Farms
31431 Co Rd 36
Wray, CO  80758


Korf Chevrolet Buick
500 West 8th Avenue
Yuma, CO  80759


L & W Trucking, LLC
1464 B. Hoewell Road
P.O. Box 1575
Hays, KS  67601


Larsen, Brandon
1031 Parkdale Drive
Fairview, TX  75069


Lazayo-Abrego, Jose
224 Elm Street
Wray, CO  80758

```
Leal, Angel
517 East 5th Street
Yuma, CO  80759


Leonel Gonzalez, Hugo
533 Hale Street
Wray, CO  80758


Lobato-Reyes, Abdon
224 Elm Street
Wray, CO  80758


Lockhart Land & Cattle Custom Ag
1800 County Club Rd
Dalhart, TX  79022


Lopez, Jesus
1003 South Brighton Avenue
Dallas, TX  75208


Luhrs Real Estate And Appraisals
P.O. Box 353
Enders, NE  69027


M & M Cooperative
233 North Dexter Street
Wray, CO  80758


M & M Marketing
97 Produce Row
Saint Louis, MO  63102


Martinez, Laura
30320 Hwy 34 Apt. #3
Wray, CO  80758
```

```
Martinez-Pahua, Patricia
30320 Hwy 34 #3
Yuma, CO  80759


Maupin Welding, Inc.
1204 N. Yellowstone
P.O. Box 32
Rexburg, ID  83440


Mc Cook National Bank
P.O. Box 1208
220 Norris Ave
MC Cook, NE  69001-1208


McCain Foods USA, Inc.
P.O. Box 25000
Aguadilla, PR  00605


McCook National Bank
220 Norris Ave.
P.O. Box 1208
McCook, NE  69001-1208


McCormick & Meline, LLC
3972 N. Road 3, E.
Monte Vista, CO  81144


McGuire Bearing Company
947 SE Market St.
Portland, OR  97214


Mendoza, Antonia
1385 Hartsdale #1081
Dallas, TX  75211
```

Mendoza, Cynthia A.
231 N. Phelan Ave.
Holyoke, CO  80734


Metals Inc
P.O. Box 951145
Dallas, TX  75395


MetLife Small Business
P.O. Box 804466
Kansas City, MO  64180


Middleton, Jeffrey
1627 Pleanat Run
Keller, TX  76248


Milestone – Div. Of E.M. Tanner &  Sons
395 West Hwy 39
Blackfoot, ID  83221


Mission Auto Supply
P.O. Box 927
Dalhart, TX  79022


Morales, Azucena
811 1/2 Blake Street
Wray, CO  80758


Mountain States Plastics, Inc.
P.O. Box 1470
Johnstown, CO  80534


MRM Transportation
4903 Constitution Ave
Colorado Springs, CO  80915

Munoz, Reyes
71882 Harford Rd.
Haigler, NE  69030


Munoz-Vega, Carlos
71882 Harford Road
Haigler, NE  69030


Murray, Paula L.
986 Downey Drive
Lewisville, TX  75067


MV Equipment
P.O. Box 446
Wray, CO  80758


Nau, Doris
204 Filbert Street
Wray, CO  80758


Nelson Farms C/O Awe Ag Services
P.O. Box 490
Dalhart, TX  79022


Northern Colorado Paper, Inc.
P.O. Box 336730
Greeley, CO  80633


Northern Safety Company, Inc.
P.O. Box 4250
Utica, NY  13504


Nunez, Daniel N
301 N. Columbus
Yuma, CO  80759

Ocano, Juanita E.
206 1/2 Main Street #24
Yuma, CO  80759


Olsen's Agricultural Laboratory, Inc.
P.O. Box 370
Mc Cook, NE  69001


Olsson Frank Weeda
Suite 400 1400 Sixteenth Street, N.W.
Washington, DC  20036


Oras-Talavera, Maria Isabel
2001 Blake #3
Wray, CO  80758


Oros-Sanchez, Fermin
727 Kline Street
Wray, CO  80758


Osorio, Daniela
3714 Agnes Apt. C
Dallas, TX  75210


Pahua, Efigenia
35327 Co. Rd. FF
Wray, CO  80758


Pahua, Luis
35327 Co. Rd. FF
Wray, CO  80758


Pahua-Martinez, Jesus
339 E. 5th Street
Wray, CO  80758

Parra, Joge
107 N. Field #2
Yuma, CO  80759


Patent Trademark Register
P.O. Box 26
Vienna,


Pepco Energy Services
1300 N. 17th St, Suite 1600
Arlington, VA  22209


Perez, Pablo Adrian
3412 Ladd Street
Dallas, TX  75212


Perez-Gutierrez, Juan
443 Blake Street Apt 6
Wray, CO  80758


Performance Leadership Group
906 Puget Way
Edmonds, WA  98020


Peterson, Blake
29375 Hwy 385
Wray, CO  80758


Pinnacol Assurance
Department 500
Denver, CO  80281-0500


Pioneer Packaging Dallas
2100 Luna Road
Ste 140
Carrollton, TX  75006

Polymer Logistics, Inc.
1725 Sierra Ridge Drive
Riverside, CA  92507

Produce Services
4068 Mt. Royal Blvd.
Suite 123
Allison Par, PA  15101

PSC Revovery Systems, Inc.
2131 Progressive Drive
Dallas, TX  75212

Purfresh
47211 Bayside Parkway
Fremont, CA  94538

Quality Farm & Ranch Center
333 Dexter Street - P.O. Box 485
Wray, CO  80758

Quality Irrigation & Construction
3900 West Highway 34
P.O. Box 420
Yuma, CO  80759

R3 Reliable Redistribution Reso
P.O. Box 847348
Dallas, TX  75284

Ramirez, Juan
71882 Hartford Road
Haigler, NE  69030

Ramirez, Luis
71882 Harford Road
Haigler, NE  69030


Ramo, Alejandro
1901 Blake Street
Wray, CO  80758


RDO Processing LLC
P.O.  Box 265
Dubois, ID  83423


Renteria, Harmando
2127 Lymington Road
Carrollton, TX  75007


Revolution Farming Partnership
31733 Rd. 729
Haigler, NE  69030


Reyes, Severiana
443 Blake Street, Apt 8
Wray, CO  80758


Richard Barrett Produce Co., Inc.
P.O. Box 525
Muleshoe, TX  79347


Richard Lapp Trucking
P.O. Box 123
Wray, CO  80758


RKD Holding LLC C/O Kelly Dickson
1212 Titania CT
Las Cruces, NM  88007

```
Robbie Manufactruing, Inc
P.O. Box 219647
Kansas City, MO  64121


Rodriguez, Marcos
805 Arpege Circle
Dallas, TX  75224


Rodriguez, Urbano
523 Emerson Street
Wray, CO  80758


Rodriquez, Maria
821 Hiff Avenue
Wray, CO  80758


Rojo, Elda
2001 Blake Street #16
Wray, CO  80758


Romero, Simon
71882 Harford Rd.
Haiger, NE  69030


Ron's Tire Factory
2107 North Oak View Hwy
Hamer, ID  83425


RS Hanline & Company
P.O. Box 494
Shelby, OH  44875


Ruiz, Anna
846 Blake Street, #5
Wray, CO  80758
```

Ruiz, Idalia
846 Blake Street, #5
Wray, CO  80758


Ruiz, Mirna
846 South Blake #5
Wray, CO  80758


Safeway Inc.
P.O. Box 29071
Mailstop 9080
Phoenix, AZ  85038


Sanchez, Jose G
525 West 5th Street
Haigler, NE  69030


Santizo, Eliseo
841 W 7th
Wray, CO  80758


Sapp Bros. Petroleum
P.O. Box 596
Ogallala, NE  69153


Sarazua, Nicolas
P.O. Box 33
Wray, CO  80758


Sargent Irrigation Co.
32830 Hwy 23 - P.O. Box 650
Grant, NE  69140


Schwarz, Brent
23843 River Place
Katy, TX  77494

```
Sensitech
Dept. 1157
P.O. Box 61000
San Francisco, CA  94161


Simplot Grower Solutions
P.O. Box 391
Wray, CO  80758


Soliz, Alejandro
443 Blake Street Apt. 8
Wray, CO  80758


Southwest Implement, Inc.
1207 West B
McCook, NE  69001


Southwest Public Power District
221 North Main Street
P.O. Box 289
Palisade, NE  69040


Staples
P.O. Box 83689
Chicago, IL  60696


State Comptroller
P.O. Box 149359
Austin, TX  78714


T.O. Hass Tire Co.
North Hwy 61
Imperial, NE  69033
```

```
Teton Seed Marketing Assoc.
P.O. Box 155
Tetonia, ID  83452


The Appearance Edge
P.O. Box 271
Wray, CO  80758


The Farmers State Bank Of Oakley, Kansas
P.O. Box 160
100 Center Avenue
Oakley, KS  67748


Titan Transportation, Inc.
3350 Merlin Road
Grants Pass, OR  97526


Torres, Javier
71882 Harford Rd.
Haigler, NE  69030


Trade Wind Express
P.O. Box 315
Wray, CO  80758


Trevizo-Ruiz, Alonso
846 Blake Street #5
Wray, CO  80758


Tri-County Ag
P.O. Box 315
Wray, CO  80758


Tri-State Recycling
P.O.Box 421
Texline, TX  79087
```

```
Triple T Transport, Inc.
704 Radio Drive
P.O. Box 649
Lewis Center, OH  43035


UPS
Local Box 577
Carol Stream, IL  60132


Utajara, Juan
508 Clay Street #6
Wray, CO  80758


Valencia-Almanza, Alsonso
725 W 8th Street
Wray, CO  80758


Valencia-Gonzalez, Onofre
443 Blake Street
Wray, CO  80758


Varay, Luis
71882 Harford Road
Haigler, NE  69030


Vasquez, Janeth
512 E. 5th Avenue
Yuma, AZ  80759


Vasquez, Omar
511 Albany
Yuma, AZ  80759


Velasquez-Cruz, Abner Joel
1053 S. Dexter
Wray, CO  80758
```

Vergara, Miguel
3714 Agnes #C
Dallas, TX  75210


Viaero Wireless
P.O. Box 339
Fort Morgan, CO  80701


Village Farms, L.P.
P.O. Box 18523
Newark, NJ  07191


Wall To Wall Enterprises
213 Ford Circle
Yuma, CO  80759


Waste Management - Sterling/Ft. Morgan
18211 Iris Drive
Sterling, CO  80751


Waswa, John
415 Nagle Street 31
College Station, TX  77840


Wells Fargo Financial Capital Fi
300Tri-State International
Suite 400
Lincolnshire, IL  60069


West Texas Gas, Inc
P.O. Box39
Dalhart, TX  79022

Western Concord
14743 - 134th Avenue
T5L 459
Edmonton, AB


Williams, Lyndsey Kay
19 Lundys Lane
Richardson, TX  75080


Wray Auto Parts, Inc.
125 W. 3rd
Wray, CO  80758


Wray Clinic
P.O. Box 216
Wray, CO  80758


Wray Home Center
323 Main Street
Wray, CO  80758


Wray Lumber Company
434 Main Street
Wray, CO  80758


Wright, Roletta
902 Tomlinson Drive
Wray, CO  80758


WTG Fuels
P.O.Box 3514
Midland, TX  79702


Xpedx
P.O. Box 403565
Atlanta, GA  30384

Y-W Electric Association, Inc.
P.O.Box Y
Akron, CO  80720


Yuma County Abstract Company
P.O.Box 156
Wray, CO  80758


Yuma County Auto Supply, LLC
235 North Dexter
Wray, CO  80758


Yuma Sheet Metal, Inc.
712 South Evergree
Yuma, CO  80759


Zapata-Anaya, Dora
508 Clay Street #8
Wray, CO  80758


Zee Medical, Inc.
P.O. 781523
Indianapolis, IN  46278


Zuniga, Ofelia Leticia
120 S. Phelan
Holyoke, CO  80734