## EXHIBIT A

## Legal Description

# LEGAL DESCRIPTIONS

Tract 1: Part of the W1/2 of Section 17, Township 4 North, Range 41 West of the 6th P.M., Dundy County, Nebraska, more particularly described as follows:
Beginning at the West ¼ corner of said Section 17; thence S 0°20'17" E (bearing assumed) along the West line of said Section 17 a distance of 1120.51 feet; thence S 88°49'06" E a distance of 2651.40 feet to the East line of said W1/2; thence N 0°15'54" W along said East line a distance of 1108.86 feet to the center of said Section 17, thence N 0°16'09" W a distance of 1774.05 feet along said East line to the center of an existing road; thence S 75°19'55" W 369.57 feet along the centerline of said road; thence N 87°02'37" West a distance of 2298.92 feet along said center to a point on the West line of said Section 17; thence S 0°18'39" E along said West line 1732.72 feet to the point of beginning;

Tract 2: Part of the SW1/4 of Section 17, and part of the NW1/4 of Section 20, Township 4 North, Range 41 West of the 6th P.M., Dundy County, Nebraska, more particularly described as follows:
Beginning at a point on the West line of said Section 17 1120.51 feet South of the W ¼ corner of said Section 17; thence S 0°20'17" E along said West line a distance of 1524.14 feet to the NW corner of said Section 20; thence S 0°11'48" E a distance of 1216.52 feet along the West line of Section 20; thence S 88°41'07" E a distance of 2649.54 feet to the East line of said NW1/4; thence N 0°11'35" W along the East line of said NW1/4 a distance of 1215.96 feet to the N1/4 corner of said Section 20; thence N 0°15'54" W along the East line of said SW1/4 a distance of 1530.81 feet; thence N 88°49'06" W a distance of 2651.40 feet to the point of beginning.

Tract 3: A parcel of land in Section 29, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:
Beginning at the South ¼ corner of said Section 29; thence S 88°44'20" E (bearing assumed) along the South line of said Section 29 a distance of 2653.22 feet to the Southeast corner of Section 29; thence N 0°14'47" W along the East line of said Section 29 a distance of 2637.89 feet to the East ¼ corner of said Section 29; thence N 0°13'31" W along the East line of the NE1/4 of said Section 29 a distance of 585.18 feet; thence N 88°30'24" W a distance of 2840.91 feet to an existing property corner marked with a 5/8" rebar; thence N 88°30'10" W a distance of 356.80 feet; thence S 0°30'41" E a distance of 589.98 feet to a point on the North line of the SW1/4 of said Section 29; thence S 0°31'43" W a distance of 2612.11 feet to a point 30.00 feet North of the South line of said Section 29; thence S 88°24'18" E parallel to said South line a distance of 576.48 feet to the West line of said SE1/4; thence S 0° 19'56" E along said West line 30.0 feet to the point of beginning;

Tract 4: A parcel of land in the SW1/4 of Section 29 and the E1/2SE1/4 of Section 30, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:
Beginning at the Southwest corner of said Section 29; thence N 88°16'10" W (bearing assumed) along the South line of said Section 30 a distance of 531.98 feet; thence N 00°00'44" W a distance of 1830.26 feet; thence N 45°32'55" E a distance of 812.79 feet; thence N 00°00'44" W a distance of 219.17 feet, to a point on the North line of said SW1/4; thence S 88°35'26" E along said North line a distance of 2051.16 feet; thence S 00°31'43" W a distance of 2589.61 feet to a point 52.5 feet North of the South line of said Section 29; thence N 88°24'18" W parallel to said South line a distance of 930.0 feet; thence S 00°31'43" W a distance of 22.5 feet to a point 30.0 feet North of said South line; thence N 88°24'18" W a distance of 1145.38 feet parallel to said South line to the West line of said Section 29; thence S 00°11'11" E along said West line a distance of 30.0 feet to the point of beginning;

Tract 5: A parcel of land in the NW1/4 of Section 29, Township 4 North, Range 41 West of the 6th P.M., Dundy County, Nebraska, more particularly described as follows:
Beginning at the W1/4 corner of said Section 29; thence N 00°13'23" W (bearing assumed) along the West line of said NW1/4 a distance of 1164.48 feet; thence S 88°41'58" E a distance of 2463.59 feet; thence S 00°00'50" E a distance of 579.78 feet; thence N 88°30'10"W a distance of 356.80 feet; thence S 00°30'41" E a distance of 589.98 feet to a point on the South line of said NW1/4; thence N 88°35'26" W a distance of 2107.79 feet to the place of beginning;

Tract 6: A parcel of land in the SW1/4 of Section 28, the W1/2 of Section 33, and the NE1/4 of Section 32 in Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:
Beginning at the Southwest corner of said SW1/4; thence N 0°14'47" W (bearing assumed) along the West line of said SW1/4 a distance of 2637.89 feet to the Northwest corner of said SW1/4; thence S 88°34'34" E along the North line of said SW1/4 a distance of 2650.99 feet to the center of said Section 28; thence S 0°15'07" E along the East line of said SW1/4 a distance of 2639.25 feet to the Southeast corner of said SW1/4; thence N 88°32'51" W along the South line of said SW1/4 a distance of 66.24 feet; thence S 0°12'37" E a distance of 2747.35 feet; thence N 88°32'50" W a distance of 1759.87 feet; thence N 63°51'52" W a distance of 981.77 feet to a point 55.00 feet West of the West line of said Section 33; thence N 0°12'40" W a distance of 2337.00 feet to a point on the North line of said Section 32; thence S 88°44'20" E along the North line of said Section 32 a distance of 55.00 to the point of beginning.;

Tract 7: A parcel of land in Section 32, Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska, more particularly described as follows:
The NE1/4 except the East 55.00 feet thereof in said Section 32;

Tract 8: A tract of land in the SW1/4 of Section 29 and the NW1/4 of Section 32, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:
Beginning at the Northwest corner of said Section 32; thence N 00°11'11" W along the West line of the SW1/4 of Section 29 a distance of 30.0 feet; thence S 88°24'18" E a distance of 2651.96 feet along a line parallel to the South line of said SW1/4 to the East line of the SW1/4 of said Section 29; thence S 00°19'56" E along said East line a distance of 30.0 feet to the Northeast corner of the NW1/4 of said Section 32; thence S 00°19'56" E along the East line of said NW1/4 a distance of 2610.0 feet; thence N 88°23'51" W a distance of 2642.24 feet to the West line of said NW1/4; thence N 00°32'47" W along said West line a distance of 2610.0 feet to the place of beginning;

Tract 9: A tract of land in the E1/2 of Section 32 and the W1/2 of Section 33, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:
Beginning at the Southwest corner of said Section 33; thence S 88°33'21" E (bearing assumed) along the South line of said Section 33 a distance of 1468.90 feet; thence N 00°10'22" W a distance of 2525.16 feet; thence N 88°32'50" W a distance of 643.60 feet; thence N 63°51'52" W a distance of 981.77 feet to a point being 55.0 feet West of the West line of said Section 33; thence S 00°12'40" E a distance of 299.71 feet to a point on the North line of the SE1/4 of Section 32, said point 55.0 feet West of the NE corner of said SE1/4; thence N 88°33'30" W along the North line of said SE1/4 a distance of 345.0 feet; thence S 50°39'49" W a distance of 985.03 feet; thence S 00°02'11" W a distance of 1987.00 feet to the South line of said Section 32; thence S 88°18'45" E along the South line of said Section 32 a distance of 1171.38 feet to the place of beginning;

Tract 10: A parcel of land in the SE1/4 of Section 31, the S1/2 of Section 32, Township 4 North, Range 41 West of the 6th P.M. and the NE1/4 of Section 6 and the N1/2 of Section 5, in Township 3 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:

Beginning at the W1/4 corner of Section 32; thence S 88°33'30" E along the North line of the SW1/4 of said Section 32, a distance of 1479.45 feet; thence S 01°23'28" W a distance of 829.71 feet; thence S 44°12'57" E a distance of 1419.80 feet; thence S 89°04'51" E a distance of 1200.82 feet; thence S 00°59'10" W a distance of 821.41 feet to a point on the South line of said Section 32; thence N 88°31'12" W along said South line a distance of 367.42 feet; thence S 00°56'48" W a distance of 1912.75 feet; thence N 89°29'51" W a distance of 1222.27 feet; thence N 70°15'33" W a distance of 974.56 feet; thence N 41°28'16" W a distance of 801.91 feet; thence N 01°08'32" E a distance of 923.75 feet; thence N 88°13'10" W a distance of 586.48 feet to a point on the West line of said Section 5; thence N 88°13'10" W a distance of 555.10 feet; thence N 43°58'41" W a distance of 1060.67 feet; thence N 01°04'00" E a distance of 2001.62 feet to a point on the North line of the SE1/4 of said Section 31; thence S 88°20'10" E along the North line of said SE1/4 a distance of 1256.39 feet to the point of beginning;

Tract 11: A tract of land in Section 31, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:

Referring to the West 1/4 corner of said Section 31; thence N 00°37'20" W (bearing assumed) along the West line of said Section 31 a distance of 60.00 feet; thence N 89°22'40" E a distance of 417.0 feet to the point of beginning; thence N 89°16'42" E a distance of 2224.25 feet; thence S 73°24'14" E a distance of 658.17 feet to a point on the North line of the SE1/4; thence S 01°04'00" W a distance of 2001.62 feet; thence S 43°58'41" E a distance of 903.62 feet to a point on the South line of said Section 31; thence N 88°30'40" W a distance of 448.22 feet along said South line; thence N 00°35'48" W a distance of 168.89 feet; thence S 89°38'21" W a distance of 2710.00 feet; thence S 00°35'35" W a distance of 78.42 feet to the point on the South line of said Section 31; thence N 88°22'04" W a distance of 256.88 feet along said South line to a point 417.00 feet East to the West line of said Section 31; thence N 00°35'00" W a distance of 2719.29 feet to the place of beginning;

Tract 12: A tract of land in the N1/2 of Section 6, Township 3 North, Range 41 West, and the S1/2S1/2 of Section 31, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:

Referring to the Southwest corner of said Section 31; thence N 00°35'22" W (bearing assumed) along the West line of said Section 31 a distance of 52.31 feet; thence N 89°24'38" E a distance of 673.3 feet to the point of beginning; thence N 89°38'21" E a distance of 2710.00 feet; thence S 00°35'48" E a distance of 2600.47 feet; thence S 89°28'10" W a distance of 1234.00 feet; thence S 00°31'50" E a distance of 94.62 feet; thence S 89°28'10" W a distance of 1476.00 feet to a point 673.3 feet East of the West line of said Section 6; thence N 00°35'35" W parallel to the West line of Section 6 a distance of 2703.12 feet to the place of beginning;

Tract 13: A tract of land in Section 6, Township 3 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:

Referring to the West 1/4 corner of said Section 6 and assuming the West line of the SW1/4 of said Section 6 as bearing S 00°38'22" E and all other bearings are relative thereto; thence N 89°24'07" E a distance of 1267.35 feet to the point of beginning; thence N 89°28'10" E a distance of 881.98 feet; thence N 00°31'50" W a distance of 94.62 feet; thence N 89°28'10" E a distance of 1843.34 feet; thence S 00°38'21" E a distance of 2817.75 feet to a point 50.0 feet North of the South line of said Section 6; thence N 88°42'58" W parallel with and 50.0 feet North of said South line a distance of 2184.05 feet; thence N 88°12'45" W a distance of 543.18 feet to a point 55.0 feet North of said South line and 1267.35 feet East of the West line of said Section 6; thence N 00°38'22" W parallel to and 1267.35 feet East of said West line of said Section 6 a distance of 2631.95 feet to the place of beginning;

Tract 14:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
             Section 4:   S1/2, NW1/4;

Tract 15:    In Township 3 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska:
             Section 5:   SE1/4;

Tract 16:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
             Section 8:   S1/2, NE1/4, except that portion of land conveyed to the County of Dundy in
                          Quit Claim Deed dated April 14, 1983, recorded April 15, 1983, in Book "45",
                          Page 366, Dundy County, Nebraska records

Tract 17:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
             Section 9:   S1/2NW1/4, N1/2SW1/4;

Tract 18:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
             Section 17:  E1/2, NW1/4;

Tract 19:    In Township 3 North, Range 42 West of the 6th P.M., Dundy County, Nebraska:
             Section 12:  A tract in the SW¼ described as follows:
             Beginning at the SW corner of the SW¼ of Section 12, Twp. 3 N., R. 42 W., 6th P.M.; thence
             North 89°42' East along the South line of said SW¼ for 970.9 feet, thence North 14°14' East
             40 feet; thence Northwesterly along a 1329.6 foot radius curve having a central angle of
             44°42'52" and a chord distance of 1011.88 feet which bears North 52°06'41" West for
             1037.69 feet; thence South 89°44' West 185.0 feet to a point on the West line of said SW¼;
             thence South 00°14' East along the West line of said SW¼ for 664.32 feet to the SW corner
             of said SW¼, the point of beginning;

Tract 20:    A tract of land in the NE1/4NW1/4 of Section 13, Township 3 North, Range 42 West of the
             6th P.M., Dundy County, Nebraska, described as:
             Refer to the NE corner of said NW1/4, the point of beginning; thence S 00°32' E for 896.8
             feet; thence S 89°28' W for 82.0 feet; thence Northwesterly along a 1330 foot radius curve
             having a central angle of 52°54'40" and a chord length of 1184.95 feet which bears N
             45°16'52" W for 1184.95 feet for a distance of 1228.22 feet; thence N 17°42' E for 62.0 feet
             to a point on the North line of Section 13; thence N 89°42' E along the North line of Section
             13 for 896.8 feet to the point of beginning.;

Tract 21:    Part of the S1/2 of Section 28, the NW1/4 of Section 33 and the NE1/4 of Section 32, in
             Township 4 North, Range 41 West of the 6th P.M., Dundy County, Nebraska, described as
             follows:
             Refer to the SW corner of Section 28, the point of beginning; go thence N 88°27' W along the
             South line of Section 29 a distance of 55 feet; go thence S 00°11' E in the NE1/4 of Section
             32 a distance of 140 feet; go thence S 88°27' E, 140 feet South of and parallel with the North
             line of Section 33, for a distance of 2640 feet; go thence N 00°11' W for 140 feet; go thence S
             88°27' E for 187.5 feet; go thence N 00°15' W for 2637.37 feet; go thence N 88°27' W for
             2772.5 feet to a point on the West line of Section 28; go thence S 00°15' E along the West
             line of Section 28 a distance of 2637.37 feet to the SW corner of Section 28, the point of
             beginning;

Tract 22:    In Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska:
Section 1:    S1/2NW1/4, N1/2SW1/4
Section 2:    S1/2
Section 11:   NE1/4
Section 12:   W1/2, EXCEPT a tract in the NW1/4 described as follows:
              Refer to the NW corner of Section 12, the point of beginning;
              go thence S 00°26' E along the West line of Section 12 for 537.4 feet to a point
              2099.6 feet North of the West Quarter Corner of Section 12;
              go thence S 85°51' E along and old established fence line for 551.7 feet;
              go thence N 29°00' E along fence for 140 feet;
              go thence N 37°05'13" E along fence for 134 feet;
              go thence N 42°30' E along fence for 157 feet;
              go thence N 63°31' E along fence for 184.4 feet to fence corner;
              go thence N 01°26' W for 156.6 feet to a point on the North line of Section 12,
              said point being 1680.34 feet West of the North Quarter Corner of Section 12;
              go thence N 89°34' W along the North Line of Section 12 for 962.3 feet to the
              NW corner of Section 12, the point of beginning;
Section 13:   NW1/4

Tract 23a:   A tract of land located in Section 18, Township 4 North, Range 41 West of the 6th P.M., in
             Dundy County, Nebraska, and more particularly described as follows:
             Refer to the Northwest corner of Section 18-4-41; go thence South 00°36' East along the
             West line of Section 18 a distance of 33 feet to the point of beginning; go thence South 87°59'
             East, 33 feet South of and parallel to the North line of Section 18 for a distance of 3061.64
             feet; go thence South 45°00' East a distance of 1172.16 feet; go thence South 00°36' East a
             distance of 2174 feet; go thence South 66°30' West a distance of 2150 feet; go thence North
             87°59' West a distance of 1900 feet to a point on the West line of Section 18; go thence North
             00°36' West along the West line of Section 18 a distance of 3901.12 feet to the point of
             beginning;

             A tract of land located in part of the S1/2 of Section 18 and part of the North Half of the North
             Half of Section 19, in Township 4 North, Range 41 West of the 6th P.M. in Dundy County,
             Nebraska, and more particularly described as follows:
             Refer to the Southeast corner of Section 18-4-41; go thence North 88°06' West along the
             South line of Section 18 a distance of 45.15 feet to the point of beginning; go thence South
             00°16' East a distance of 797.45 feet; go thence North 88°06' West along the North line of
             Circle No. 60.25 property for a distance of 2647.1 feet; go thence North 00°36' West a
             distance of 2099.56 feet to the corner of Circle No. 60.14 property ( the aforementioned line
             being 38.3 feet West of the South Quarter Corner of Section 18-4-41); go thence North 66°30'
             East, along the Southeast line of Circle No. 60.04 for a distance of 1400 feet; go thence South
             88°06' East a distance of 1371.93 feet; go thence South 00°16' East, 45.15 feet West of and
             parallel to the East line of Section 18-4-41 for a distance of 1902.55 feet to the point of
             beginning;

             A tract of land located in the N1/2SE1/4 and the S1/2NE1/4 and the S1/2N1/2NE1/4 of
             Section 19, Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska,
             and more particularly described as follows: Refer to the Southeast corner of the NE1/4 of
             Section 19-4-41, the point of beginning; go thence N 00°12' West, along the East line of
             Section 19, a distance of 1839.6 feet; go thence North 88°06' West a distance of 2647.1 feet;
             go thence South 00°12' East a distance of 2636.65 feet; go thence South 88°06' East along
             the North line of Circle No. 60.35, for a distance of 2647.1 feet to a point on the East line of
             Section 19; go thence North 00°12' West, along the East line of Section 19, a distance of
             797.05 feet to the point of beginning;

Tract 23b:     The W1/2W1/2 of Section 21, Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska

and

The NW1/4 of Section 28, in Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska.

and

A parcel of land laying within Section 20 and 29, in Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska, beginning at the Northeast corner of Section 20; thence along the East line of the NE1/4, S 00°13'30" E 2636.80 feet; thence, along the East line of the SE1/4, S 00°16'45" E 2628.5 feet; thence, along the East line of the NE1/4 of Section 29, S 00°14'12" E 2049.86 feet to an iron bar; thence N 88°32'09" W 2841.10 feet to an iron bar; thence N 00°09'35" W 2663.77 feet to an iron bar; thence S 88°27' E 185.38 feet to an iron bar in the West line of the E1/2 of Section 20; thence, along said West line, N 00°13'20" W 4643.54 feet to the Northwest corner of said E1/2; thence, along the North line thereof, S 88°42'21" E 2649.34 feet to the point of beginning;

EXCEPTING THEREFROM a parcel laying within said Sections 20 and 21, beginning at the Northeast corner of Section 20; thence, along the North line thereof, N 88°42'21" W 1015.1 feet; thence S 00°12' E 50 feet; thence, along the arc of a circle irrigation pivot system, Southerly, concave to the West, from an initial radial bearing S 12°57'19" W with a radius of 1337 feet, through a central angle of 140°09'46", for an arc distance of 3270.7 feet; thence S 26°52'55" E 219.86 feet; thence, along the arc of a circle irrigation pivot system, Easterly, concave to the South, from an initial radial bearing S 26°52'55" E, with a radius of 1341 feet, through a central angle of 103°13'42", for an arc distance of 2416.05 feet; thence N 89°48' E 50 feet to a fence accepted to be the East line of the W1/2W1/2 of Section 21; thence, along said fence and East line, N 00°25'15" W 3568.35 feet to its intersection with a fence accepted to be in the North line of said W1/2; thence, along said North line, N 88°41'36" W 1323.4 feet to the point of beginning;

AND EXCEPTING THEREFROM a parcel within Sections 20 and 29, described as: Beginning at the Southeast corner of the SW1/4 of Section 20; thence, along the East line thereof, N 00°13'20" W 618.4 feet; thence, N 88°27' W 185.38 feet; thence S 00°09'35" E 1191.0 feet; thence N 18°00' E 596.80 feet to the point of beginning;

Tract 23c: A tract of land located in Sections 24 and 25, Township 4 North, Range 42 West of the 6th P.M., and in Sections 19, 30 and 31, Township 4 North, Range 41 West of the 6th P.M., in Dundy County, Nebraska, more particularly described as follows:

Beginning at the Northwest corner of Section 25, Township 4 North, Range 42 West of the 6th P.M.; go thence S 01°04'50" W along the West line of Section 25, Township 4 North, Range 42 West for a distance of 2645.83 feet to the W1/4 corner of Section 25; go thence S 88°52'30" E along the South line of the N1/2 of Section 25 for a distance of 5364.33 feet to the E1/4 corner of Section 25, Township 4 North, Range 42 West;

go thence S 00°36'32" E along the Section line between Section 25, Township 4 North, Range 42 West and Section 30, Township 4 North, Range 41 West for a distance of 2637.37 feet to the Southwest corner of Section 30, Township 4 North, Range 41 West;

thence continue S 00°32'30" E along the West line of Section 31, Township 4 North, Range 41 West for a distance of 2581.29 feet to a point on the West line of Section 31 that is 60 feet North of the W1/4 corner of Section 31; go thence N 89°27'30" E for a distance of 2640.0 feet; go thence S 74°05'53" E for a distance of 656.01 feet; go thence S 88°22'13" E for a distance of 1256.55 feet to the E1/4 corner of Section 31, Township 4 North, Range 41 West; go thence N 00°28'13" E along the East line of Section 31, Township 4 North, Range 41 West for a distance of 2640.31 feet to the Northeast corner of Section 31, Township 4 North, Range 41 West; go thence N 88°14' W along the South line of Section 30 for a distance of 531.8 feet; go thence N 00°11'30" W parallel to the East line of Section 30, Township 4 North, Range 41 West for a distance of 1830.20 feet; go thence N 37°33'47" E, for a distance of 1000.61 feet to the E1/4 corner of Section 30, Township 4 North, Range 41 West; go thence N 00°13'30" W, along the East line of Section 30 for a distance of 2631.19 feet to the Northeast corner of Section 30, Township 4 North, Range 41 West; go thence N 00°12'30" W along the East line of Section 19, Township 4 North, Range 41 West for a distance of 1836.0 feet to a point 799.97 feet South of the E1/4 corner of Section 19, Township 4 North, Range 41 West; go thence N 88°09'29" W for a distance of 2647.03 feet; go thence N 00°12'47" W for a distance of 878.96 feet to a point on the North line of the S1/2 of Section 19, Township 4 North, Range 41 West; go thence N 88°09'30" W along the North line of the S1/2 of Section 19, Township 4 North, Range 41 West for a distance of 1960.45 feet to the W1/4 corner of Section 19, Township 4 North, Range 41 West; go thence S 89°08' W along the North line of the S1/2 of Section 24, Township 4 North, Range 42 West for a distance of 1254.15 feet more or less to the arc of a circle having a radius of 1900 feet and known as circle #60.33; go thence Northwesterly along the arc of a circle having a radius of 1900 feet, a central angle of 67° and a chord distance of 2097.36 feet which bears N 56°20' W, for a distance of 2223.0 feet; thence continue Southwesterly along the arc of a circle having a radius of 1900 feet, a central angle of 90° and a chord distance of 2687.01 feet which bears S 45°00' W for a distance of 2983 feet; go thence S 01°09'50" E for a distance of 1910.6 feet to a point on the South line of Section 24, Township 4 North, Range 42 West; go thence N 89°06'W along the South line of Section 24, Township 4 North, Range 42 West for a distance of 372.57 feet to the Southwest corner of Section 24, Township 4 North, Range 42 West, the point of beginning;

EXCEPT the following described tract of land situated in the S1/2 of Section 24, Township 4 North, Range 42 West, Dundy County, Nebraska, more particularly described as follows: Refer to the Southwest corner of Section 24, Township 4 North, Range 42 West; go thence S 89°06' E 372.57 feet to the point of beginning; go thence N 01°09'50" W for a distance of 1910.6 feet; go thence Southeasterly along the arc of a circle having a radius of 1900 feet, a central angle of 60° and a chord distance of 1924.0 feet which bears S 31°46' E for a distance of 1989.6 feet; go thence S 01°06' E for a distance of 289.9 feet to a point on the South line of Section 24; go thence N 89°06' W along the South line of Section 24 a distance of 980 feet to the point of beginning;

Tract 24:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
                 Section 8:    NW¼

Tract 25:    In Township 3 North, Range 41 West of the 6th P.M., Dundy County, Nebraska:
                 Section 5:    A tract in the W½ thereof described as:

Beginning at the SW corner of said Section 5 go N 00°09'30" W along the West line of said Section 5 for 3234.02 feet; go thence N 50°49'10" E for 851 feet to the center of a road; go thence S 70°54'07" E for 1447.16 feet along the center of the road; go thence S 88°58'48" E for 642.2 feet along the center of the road to a point on the East line of the W½ of said Section 5; go thence S 00°10'12" W along the East line of the W½ of said Section 5 for 3344.18 feet to the South Quarter corner of said Section 5; go thence N 88°45'30" W along the South line of said Section 5 for 2651.03 feet to the point of beginning;

In Township 4 North, Range 42 West of the 6th P.M., Dundy County, Nebraska:
Section 25:    S½

Tract 26:    In Township 4 North Range 42 West of the 6th P.M., Dundy County, Nebraska:
                 Section 13:    A part thereof more particularly described as follows:

Beginning at the Northwest corner of said Section 13; thence Easterly along the North line of said Section 13, 2729.2 feet to the North Quarter corner of said Section 13; thence S 0°00'00" W 2387.8 feet; thence S 19°50'40" W 598.7 feet; thence S 36°54'30" W 597.6 feet; thence S 54°23'20" W, 927.5 feet; thence N 89°54'40" W 1413.1 feet to the Northwest corner of the SW¼SW¼ of said Section 13; thence N 0°00'00" W 3970.9 feet along the West line of said Section 13 to the point of beginning;

Section 14:    A part thereof more particularly described as follows:

Beginning at the Northeast corner of said Section 14; thence S 0°00'00" E 3970.9 feet along the East line of said Section 14 to the Northeast corner of the SE¼SE/14 of said Section 14; thence N 56°46'10" W, 899.1 feet; thence N 25°07'30" W 1184.7 feet; thence N 02°11'30" W 2396.9 feet to a point on the North line of said Section 14; thence N 89°33'10" E 1346.8 feet along the North line of said Section 14 to the point of beginning;

Tract 27:    In Township 3 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska:
                 Section 10:    That portion of the SE¼ lying East of the County Road as presently laid out and established;
                 Section 11:    W½W½W½SW¼, NW¼

Tract 28:    In Township 2 North, Range 40 West of the 6th P.M. in Dundy County, Nebraska:
                 Section 7:    All;
                 Section 17:    NW¼;
                 Section 18:    N½NE¼;

Tract 29: In Township 4 North, Range 42 West of the 6th P.M. in Dundy County, Nebraska:

Section 13: NE¼;

Section 14: A tract of land more particularly described as:
Refer to the Northwest Corner of Section 14; Thence go N 88°34' E along the North line of Sec. 14 a distance of 634.51 feet to the point of beginning; Thence go S 00°00' E for a distance of 1491.50 feet; Thence go S 06°22' W for a distance of 1035.30 feet; Thence go S 43°53' E for 824.4 feet; Go thence S 58°13' E 767.68 feet; Go thence S 77°57' E for 581.44 feet; Go thence N 80°07' E for 665.44 feet; Go thence N 63°47' E for 541.54 feet; Go thence N 49°50' E for 434.62 feet; Go thence N 29°40' E for 936.3 feet; Go thence N 02°11'30" W for 2396.9 feet, to the North line of said Sec. 14, said point being 1346.8 feet westerly from the Northeast Corner of Sec. 14; Go thence S 88°34' W along the North line of Sec. 14 a distance of 3467.53 feet to the point of beginning;

Tract 30: Section 17: A tract of land located in SE¼ Sec. 17, Twp. 4 N., R. 41 W., and more particularly described as follows:
Refer to the Southeast Corner of Sec. 17, the point of beginning; Go thence N 00°13' W along the East line of Sec. 17 for 2,637.03 feet to the East Quarter Corner; Go thence N 88°27' W along the North line of SE¼ for 2,644.3 feet to the center of Sec. 17; Go thence S 00°16' E along the West line of SE¼ for 2,637.03 feet to the South Quarter Corner of Sec. 17; Go thence S 88°27' E along the South line of Sec. 17 for 2,643.3 feet to the Southeast Corner of Sec. 17, the point of beginning;

Section 20: A tract of land in the W½ Sec. 20, Twp. 4 N., R. 41 W., and described as follows:
Refer to the West Quarter Corner of Sec. 20, Twp. 4 N., R. 41 W., the point of beginning; Go thence N 00°12'47" W along the West line of Sec. 20 for 1,410 feet; Go thence S 88°42'24" E, parallel to the North line of Sec. 20 for 2,649.33 feet, more or less, to the North-South Center Line of Sec. 20; Go thence along the North-South Line of Sec. 20, S 00°12'56" E for 2,711.0 feet; Go thence N 88°36' W, parallel with the South line of Sec. 20 for 2,649.9 feet to a point on the West line of Sec. 20; Go thence N 00°12'30" W along the West line of Sec. 20 for 1,290 feet to the West Quarter Corner of Sec. 20, the point of beginning;

Section 20 and Section 29: A tract of land in the SW¼ Sec. 20 and the NW¼ Sec. 29, Twp. 4 N., R. 41 W., and described as follows:
Refer to the Southwest Corner of Sec. 20, Twp. 4 N., R. 41 W., the point of beginning; Go thence N 00°12'30" W along the West line of Sec. 20 for 1,345.97 feet; Go thence S 88°36' E, parallel with South line of Sec. 20, for 2,649.9 feet, more or less, to the North-South Center Line of Sec. 20; Go thence S 00°12'56" E along the North-South Center Line of Sec. 20 for 718.41 feet to a point on the North Boundary of Tract described in Deed Records Book 42, Page 434 (Dundy County Records); Go thence N 88°35'55" W for 185.38 feet; Go thence along the West Boundary of said tract S 00°12'56" E for 618.25 feet to a point on the South line of Sec. 20; Go thence S 00°12'37" E, along the West Boundary of said tract for 1,466 feet; Go thence N 88°40'29" W for 2,464.07 feet to a point on the West line of Sec. 29; Go thence N 00°12'30" W along the West line of Sec. 29 for 1,466.0 feet to the Northwest Corner of Sec. 29, the point of beginning;

Tract 31:   In Township 4 North, Range 42 West of the 6° P.M., in Dundy County, Nebraska:

   Section 13:        N½SE¼ and A tract land in the S½SE¼ of Section 13, more
                      particularly described as follows:
                      Refer to the Southeast corner of said Section 13, thence North
                      00°34'15" West along the East line of the S½SE¼ of said Section a
                      distance of 890.98 feet to the point of beginning; thence South
                      89°08'05" West 890.98 feet North of and parallel to the South line of
                      said Section 13 for a distance of 2,642.79 feet; thence North 00°34' 15"
                      West for a distance of 432.16 feet to a point on the North line of the
                      S½SE¼ of said Section 13; thence North 89°07'30" East along the
                      North line of the S½SE¼ for a distance of 2,642.79 feet to a point on
                      the East line of the S½SE¼; thence South 00°34'15" East along the
                      East line of the S½SE¼ of said Section 13 a distance of 432.60 feet to
                      the point of beginning;


                 AND


                 A tract land in the N½ of Section 19, and the SW¼ of Section 18, Township 4 North,
                 Range 41 West of the 6th P.M., and the N½ of Section 24, Township 4 North, Range 42
                 West of the 6ih P.M., more particularly described as follows:
                 Refer to the East Quarter corner of Section 24, Township 4 North, Range 42 West of the
                 6th P.M., the point of beginning; thence South 89°08' West along the South line of the N¾
                 of Section 24, Township 4 North, Range 42 West of the 6th P.M., for a distance of
                 1254.15 feet, more or less to the Arc of a Circle having a radius of 1900 feet and know as
                 circle #60.33; thence Northwesterly along the Arc of a Circle having a radius of 1900
                 feet; a central angel of 670 and a chord distance of 2097.36 feet which bears North 56°20'
                 West, for a distance of 2223.00 feet; thence North 45°46' East for a distance of 102.56
                 feet to a point on the South line of Circles #60.12 and #60.13; thence South 75°00' East
                 for a distance of 2310.0 feet; thence North 30° 30' East for a distance of 1300.00 feet;
                 thence North 89°10' East for a distance of 139.32 feet to a point on the East line of
                 Section 24, Township 4 North, Range 42 West of the 6th P.M.; thence North 00°38'35"
                 West for a distance of 944.93 feet to the Northeast corner of Section 24, Township 4
                 North, Range 42 West of the 6th P.M.; thence North 00°34' 15" West along the West line
                 of Section 18, Township 4 North, Range 41 West of the 6th P.M., a distance of 1354.30
                 feet; thence South 86°59'25" East for a distance of 1915.62 feet; thence South 00°34' 15"
                 East along the West line of Circle #60.15 for a distance of 1354.30 feet to a point on the
                 South line of Section 18, thence South 88°23'04" East along the South line of Section 18
                 for a distance of 38.3 feet; thence South 00° 16'33" East along the West line of Circle
                 #60.15 for a distance of 776.15 feet; thence South 88°09'29" East for a distance of 45.15
                 feet; thence South 00°12'47" East along the West line of a Circle #60.25 for a distance of
                 1760.61 feet to a point on the South line of the N½ of Section 19, Township 4 North,
                 Range 41 West of the 6th P.M., thence North 88°09'30" West along the South line of the
                 N½ of Section 19, Township 4 North, Range 41 West of the 6th F.M., for a distance of
                 1960.45 feet more or less, to the West Quarter Corner of Section 19, Township 4 North,
                 Range 41 West of the 6th P.M., which is the point of beginning;

Tract 32:     In Township 3 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska:

Section 5:     A tract of land situate in Sec. 5, Twp. 3 N., R. 41 W., 6th P.M., Dundy County, Nebraska, which, considering the West line of said Sec. 5 as bearing N 00°09'30" W and with all bearings contained herein relative thereto, is contained within the boundary lines which begin at the Southwest Corner of said Sec. 5 and run thence N 00°09'30" W 5169.17 feet along the West line of said Sec. 5 to a point on a tract of land which is described in the Warranty Deed filed in Book 44 at Page 255 in the Dundy County Clerk and Recorder's Office; thence along said line S 88°29'28" E 586.49 feet; thence along the boundary line of said tract S 01°01'12" W 923.89 feet; thence along the boundary line of said tract S 43°58'48" E 1272.79 feet; thence along the boundary line of said tract S 88°58'48" E 1201.24 feet to a point on the North-South centerline of said Sec. 5; thence along said centerline 50°01'12" E 3344.18 feet to the South Quarter Corner of said Sec. 5; thence along the South line of the SW'/ of said Sec. 5 N 88°45'30" W 2651.03 feet to the point of beginning;

EXCEPT that tract conveyed in Warranty Deed recorded March 18, 2002 in Deeds Book 53 at Page 02, Dundy County, Nebraska records, more particularly described as follows: A tract in the W'1A thereof described as: Beginning at the Southwest Corner of said Sec. 5 Go N 00°09'30" W along the West line of said Sec. 5 for 3,234.02 feet; Go thence N 50°49' 10" E for 851 feet to the center of a road; Go thence S 70°54'07°" B for 1,447.16 feet along the center of the road; Go thence S 88°58'48" E for 642.2 feet along the center of the road to a point on the East line of the W½ of said Sec. 5; Go thence S 00°10'12" W along the East line of the WA of said Sec. 5 for 3,344.18 feet to the South Quarter Corner of said Sec. 5; Go thence N 88°4530" W along the South line of said Sec. 5 for 2,651.03 feet to the point of beginning;

Section 6:     A tract of land situate in the E'/2 of Sec. 6, Twp. 3 N., R. 41 W., 6th P.M., in Dundy County, Nebraska, which considering the East line of said Sec. 6 as bearing N 00°09'30" W and with all bearings contained herein relative thereto is contained within the boundary lines which begin at the Southeast Corner of said Sec. 6 and run thence along the South line of the SE'/ of said Sec. 6, N 889819" W 489.18 feet; thence N 00°37' W along the East line of a tract of land described and recorded in Book 43 at Page 345 in the Clerk and Recorder's Office of Dundy County, Nebraska, 2879.76 feet to the Northeast Corner of said described tract; thence along the North line of said described tract, S 89°26' W 580.78 feet to the Southeast Corner of a tract of land described and recorded in Book 43 at Page 290 in the Clerk and Recorder's Office of Dundy County, Nebraska; thence along the East line of said described tract, N 00°37' W 2421.22 feet to a point on the North line of said Sec. 6; thence along said North line, S 88°22' 13" E 450.91 feet to a point on the southerly line of a tract of land described and recorded in Book 44 at Page 258 in the Clerk and Recorder's Office of Dundy County, Nebraska; thence along said southerly line, S 43°58'48" E 161.41 feet; and again S 88°22'13" E 550.00 feet to a point on the East line of said Sec. 6; thence along said East line, S 00°09'30" E 5161.97 feet to the point of beginning;

Tract 33:    In Township 4 North, Range 42 West of the 6ᵗʰ P.M. in Dundy County, Nebraska:
A tract of land located in the S½S½ Sec. 13 and the N½ Sec. 24, Twp. 4 N., R. 42 W., 6ᵗʰ
P.M., in Dundy County, Nebraska, more particularly described as follows:
Refer to the Northwest Corner of Sec. 24, the point of beginning; Go thence S 1°06' E a
distance of 1411.9 feet; Go thence S 89°10' E a distance of 2440.15 feet; Go thence S
75°00' E along the North property line of Circle #60.33 a distance of 2270 feet; Go
thence N 30°30' E a distance of 1300 feet; Go thence N 0°36' W a distance of 1883.1
feet; Go thence S 89°10' W a distance of 2516.65 feet; Go thence N 0°36' W a distance
of 373.6 feet; Go thence S 89°10' W a distance of 2798.9 feet to a point on the West line
of Sec. 13, said point being 58.06 feet South of the Northwest Corner of S½S½ Sec. 13;
Go thence S 0°52' E a distance of 1264.91 feet to the point of beginning;

Tract 34:    In Township 4 North Range 41 West of the 6's P.M. in Dundy County, Nebraska:
Section 27:      All that portion of the SW'/4 lying West of the County Road;
Section 28:      All that portion of the SE'/e lying West of the County Road, EXCEPT
the Western most 120 feet of said quarter;
Section 33:      E'/z and a tract of land located in the SW% described as follows:
Commencing at the Southwest Corner of said Sec. 33; Thence S 88°27' E 1468.9 feet to
the true point of beginning; Thence N 0011 W 2562.2 feet along the easterly boundary of
that certain parcel of land which is described in a Warranty Deed recorded in Book 45 at
Page 469 of the Dundy County, Nebraska records; Thence S 88°27' E 1178.7 feet along
the southerly boundary of that certain parcel of land which is described in a Warranty
Deed recorded in Book 42 at Page 364 of the Dundy County, Nebraska records; Thence S
0°1 1' E 2526.2 feet along the West line of the SE/4 of said Sec. 33; Thence N 88°27' W
1178.7 feet along the South line of the SW'a of said Sec. 33 to the true point of
beginning;
Section 34:      All that portion of the NW'/4  lying West of the County Road;

Tract 35:    In Township 4 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska:

Section 18:    A tract of land situate in the East ½ of Sec. 18, Twp. 4 N., R. 41 W., 6th P.M., Dundy County, Nebraska, more particularly described as follows: Commencing at the Southeast Corner of said Sec. 18; Thence N 88°06' W 45.15 feet; Thence N 0°36' W 1902.55 feet along the easterly boundary of that certain Warranty Deed recorded at Book 43 and Page 306 of the Dundy County, Nebraska records to the true point of beginning; Thence running along the easterly boundary of that certain Warranty Deed recorded at Book 43 and Page 306 of the Dundy County, Nebraska records as follows: N 88°06'W 1371.93 feet; Thence N 66°30'E 750 feet; Thence N 0°36'W 2174 feet to the County Road as is presently laid out and traveled; Thence S 88°06' E 680.37 feet along said County Road; Thence continuing along said County Road S 0°36' E 2496.36 feet to the true point of beginning;

In Township 4 North, Range 42 West of the 6th P.M. in Dundy County, Nebraska:

Section 13:    N½SW¼, EXCEPT that tract described in Survey recorded in Book B of Surveys at Page 141, Dundy County, Nebraska records;

In Township 4 North, Range 42 West of the 6th P.M. in Dundy County, Nebraska:

Section 13:    That portion of SE'/.NW'/ lying South and East of the tract described in Survey recorded in Book B of Surveys at Page 141, Dundy County, Nebraska records;

Tract 36:    In Township 3 North, Range 41 West of the 6th P.M. in Dundy County, Nebraska;

Section 9:    N½NW¼ and S½SW¼ EXCEPT a tract of land being part of the NW¼NW¼ Sec. 9, Twp. 3 N., R. 41 W., 6th P.M., Dundy County, Nebraska, more particularly described as follows:

Referring to the Northwest Corner of NW¼ of said Sec. 9 and assuming the North line of said NW¼ as bearing N 86°51'01" E and all bearings contained herein are relative thereto; Thence N 86°51'01" E and on said North line a distance of 743.67 feet to the actual place of beginning; Thence continuing N 86°51'01" E on the aforesaid North line a distance of 706.0 feet; Thence S 26°51'01" W a distance of 706.0 feet; Thence N 33°08'59" W a distance of 706.0 feet to the place of beginning;