B6D (Official Form 6D) (12/07)

IN RE Pro-Health LLC                                      Case No. 09-34484-11
                        Debtor(s)                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Adams Bank & Trust<br>P.O. Box 279<br>Imperial, NE 69033-0279 | | | 06/08/06. Purchase money lien on 5 Kenworth T-800 Semi Trucks.<br><br>VALUE $ 164,713.00 | | | | 164,713.00 | |
| ACCOUNT NO.<br>Adams Bank & Trust<br>P.O. Box 279<br>Imperial, NE 69033-0279 | | | 09/06/06. Purchase money lien on Matrix and Ulma.<br><br>VALUE $ 154,254.00 | | | | 154,254.00 | |
| ACCOUNT NO.<br>Adams Bank & Trust<br>P.O. Box 279<br>Imperial, NE 69033-0279 | | | 06/25/07. Junior lien on Dundy County Farmland.<br><br>VALUE $ 87,727.00 | | | | 87,727.00 | |
| ACCOUNT NO.<br>Adams Bank & Trust Imperial<br>545 Broadway<br>P.O. Box 279<br>Imperial, NE 69033-0279 | | | Purchase money Loan for Wilson Trailers<br><br>VALUE $ 123,022.00 | | | | 123,022.00 | |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 529,716.00 $

Total (Use only on last page) $ $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Pro-Health LLC    Case No. 09-34484-11
Debtor(s)    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ag Direct<br>5015 S 118th St.<br>Omaha, NE 68137 | | | Purchase money lien on John Deere 9620 Tractor and 1990 drill.<br><br>VALUE $ 201,387.00 | | | | 201,387.00 | |
| ACCOUNT NO.<br>Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | | | 08/14/06. Purchase money lien on backhoe.<br><br>VALUE $ 10,000.00 | | | | 3,292.00 | |
| ACCOUNT NO.<br>Caterpillar Financial Services Corp.<br>P.O. Box 730669<br>Dallas, TX 75373 | | | 06/01/07. Puchase money lien on CAT Model 236B skid loader.<br><br>VALUE $ 25,000.00 | | | | 21,579.00 | |
| ACCOUNT NO.<br>De Lage Landen Financial Services<br>111 Old Eagle School Rd.<br>Wayne, PA 19087 | | | 06/19/07. Purcahse money lien on walkie rider and scrubber.<br><br>VALUE $ 15,000.00 | | | | 13,760.00 | |
| ACCOUNT NO.<br>Farm Credit Services Of America<br>P.O. Box 490<br>Imperial, NE 69033 | | | Senior lien on Dundy County NE farm land.<br><br>VALUE $ 13,500,000.00 | | | | 13,500,000.00 | |
| ACCOUNT NO.<br>FDIC Receiver Of New Frontier Bank<br>2429 35th Avenue<br>Greeley, CO 80634 | | | Secured by Liens on certain farm equipment; plant equipment; crops; accounts receivable; plant and real estate in Colorado; junior lien on Dundy County NE farm property.<br>VALUE $ 4,500,000.00 | | | | 24,759,000.00 | 19,756,029.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 38,499,018.00  $ 19,756,029.00

Total (Use only on last page) $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GMAC<br>PO Box 674<br>Minneapolis, MN 55440-0674 | | | 4/13/06. Purchase money lien on farm pickup truck.<br><br>VALUE $ 5,000.00 | | | | 4,937.00 | |
| ACCOUNT NO.<br>GMAC<br>PO Box 33115<br>Knoxville, TN 37930 | | | 5/22/07. Purchase money lien on 2007 farm pickup.<br><br>VALUE $ 16,811.00 | | | | 16,811.00 | |
| ACCOUNT NO.<br>GMAC<br>PO Box 674<br>Minneapolis, MN 55440-0674 | | | 07/29/07. Purchase money lien on 1 ton flat bed pickup.<br><br>VALUE $ 27,939.00 | | | | 27,939.00 | |
| ACCOUNT NO.<br>GMAC<br>PO Box 674<br>Minneapolis, MN 55440-0674 | | | 11/13/07. Purchase money lien on 07 Pickup Truck.<br><br>VALUE $ 10,959.00 | | | | 10,959.00 | |
| ACCOUNT NO.<br>Mc Cook National Bank<br>P.O. Box 1208<br>220 Norris Ave<br>MC Cook, NE 69001-1208 | | | 04/18/09. Purchase money security interest on three 2008 John Deere 8420 Row Crop Tractors; 4 2008 John Deere GS-2 2600 Display with SF-2 Auto Trac; 4 2008 John Deere GS-2 Rate Controller with Harness.<br><br>VALUE $ 415,000.00 | | | | 405,363.26 | |
| ACCOUNT NO.<br>McCook National Bank<br>220 Norris Ave.<br>P.O. Box 1208<br>McCook, NE 69001-1208 | | | 04/18/08. Purchase money lien on 2008 John Deere 7230 Tractor; and 2008 John Deere 741 Loader.<br><br>VALUE $ 51,589.00 | | | | 51,589.00 | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 517,598.26 | $

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Pro-Health LLC _____ Case No. 09-34484-11 _____
Debtor(s) (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Farmers State Bank Of Oakley, Kansas<br>P.O. Box 160<br>100 Center Avenue<br>Oakley, KS 67748 | | | Secured by lien on bank stock in New Frontier Bank.<br><br>VALUE $ | | | | 2,780,461.00 | 2,780,461.00 |
| ACCOUNT NO.<br>Wells Fargo Financial Capital Fi<br>300Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069 | | | 02/18/09. Purchase money lien on 4 2006 CAT WR6000 Walkie Riders.<br><br>VALUE $ 31,269.24 | | | | 31,269.24 | |
| ACCOUNT NO.<br>Wells Fargo Financial Capital Fi<br>300Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069 | | | 02/18/09. Purchase money lien on CAT Forklift XR40C.<br><br>VALUE $ 36,000.00 | | | | 36,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 2,847,730.24 | $ 2,780,461.00

Total (Use only on last page) $ 42,394,062.50 | $ 22,536,490.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)